JANET L. CHUBB, ESQ.
State Bar No. 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  775-786-5000
Fax:  775-786-1177
Email:  jlc@jonesvargas.com
         and tbw@jonesvargas.com

DAVID W. ZIMMERMAN
ADMITTED PRO HAC VICE
HOLLAND & HART LLP
60 East South Temple, Suite 2000
Salt Lake City, Utah  84111-1031
Telephone:  (801) 595-7800
Facsimile:  (801) 364-9124
Email:  dzimmerman@hollandhart.com

Attorneys for Plaintiff
DYNATEC DRILLING, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DYNATEC DRILLING, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>DUNCAN PARK HOLDINGS NEVADA, LTD., a Nevada corporation<br><br>            Defendant. | CASE NO.  CV-N-05-0266-LRH-VPC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM OF DYNATEC DRILLING, INC. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**and**<br>**ORDER** |

Plaintiff Dynatec Drilling, Inc., by and through its attorneys, JONES VARGAS and HOLLAND & HART LLP and Defendant Duncan Park Holdings Nevada, Ltd., by and through its attorneys A. GRANT GERBER & ASSOCIATES and LAXALT & NOMURA stipulate and agree that Plaintiff may have to and including July 10, 2006 to file its Reply Memorandum to Motion for Summary Judgment by Plaintiff Dynatec Drilling, Inc. filed on June 1, 2006.

Plaintiff has requested no previous extensions to file its Reply Memorandum.

3573346

1

1   This extension of time is being requested because of the difficulty in coordinating

2   counsel and client schedules during the summer months.

3   DATED this 28th day of June 2006.        HOLLAND & HART LLP

6                                            BY:      /S/ DAVID W. ZIMMERMAN
                                                  DAVID W. ZIMMERMAN
7                                                 *Attorneys for Plaintiff Dynatec
                                                  Drilling, Inc.*

9   DATED this 28th day of June 2006.        LAXALT & NOMURA

11                                           BY:     /S/ROBERT DOTSON
                                                  ROBERT DOTSON
12                                                *Attorneys for Defendant Duncan
                                                  Park Holdings Nevada, Ltd.*

16   IT IS SO ORDERED:

19   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

21   DATED: July 7, 2006

3573346

2